**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No. CV 14-80026 RS |
| Applicant, | |
| v. | ~~[PROPOSED]~~ **ORDER TO SHOW CAUSE** |
| | **[AS MODIFIED BY THE COURT]** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 87 | |
| and | |
| OLGA MIRANDA, | |
| Respondents. | |

    The National Labor Relations Board (the Board) by its General Counsel, and by Jill Coffman, Regional Attorney for Region 20 of the Board (Region 20), having filed its Application for an order directing Service Employees International Union, Local 87 (the Union) and Olga Miranda (Miranda), collectively referred to as Respondents, to obey and comply with the subpoenas duly and properly served upon them, as set forth in said Application, and good cause appearing therefore,

~~[Proposed]~~ Order To Show Cause

IT IS ORDERED that Respondents appear before this Court at the United States Court House, 450 Golden Gate Avenue, San Francisco, California, on the 20th day of March, 2014, at 1:30 p.m., or as soon thereafter as Counsel can be heard, and then and there show cause, if any there be, why an order of this Court should not issue directing: (1) the Union's Custodian of Records to appear before a Board Agent designated by the Regional Director for Region 20, at such time and place designated by said Regional Director, and then and there produce the documents and give sworn testimony and answer any and all questions relevant and material to the documents set forth in Subpoena *Duces Tecum* No. B-717076, issued by the Board in Board Case 20-CB-115937, on December 30, 2013, and testify about said documents; and (2) Miranda to appear before a Board Agent designated by the Regional Director of Region 20, at such time and place as to be designated by said Regional Director of Region 20, and then and there testify as required by Subpoena *Ad Testificandum* No. A-971944, issued by the Board in Board Case 20-CB-115937, on December 30, 2013.

IT IS FURTHER ORDERED that Respondents file an Answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 901 Market Street, Suite 400, San Francisco, California 94103, on or before the 13th day of March, 2014, and that Applicant may file and serve a Reply to the Answer at least one day before the hearing; and

IT IS FURTHER ORDERED that service of copies of this Order, the Application upon which it is issued, the Applicant's Memorandum in Support of this Application, and the proposed Order Requiring Obedience to Subpoenas lodged with the Court be made without delay upon Respondents in any manner provided in the Federal Rules of Civil Procedure by a United States Marshal, by an individual employed by the National Labor Relations Board, or an

[Proposed] Order To Show Cause

individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED.

DATED: 2/13/14

_____
UNITED STATES DISTRICT JUDGE